United States District Court
Southern District of Texas
**ENTERED**
June 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL HOOD, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-22-1126 |
| § | |
| GULF CAPITAL BANK, INC., *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

For the reasons set out in this court's Memorandum and Order entered on June 6, 2023, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on June 6, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge